David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Natalie K. Sanders, Bar No. 329916
NSanders@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Ronald A. McIntire, Bar No. 127407
RMcIntire@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendant
ALDI INC., an Illinois Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HENRIQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALDI INC., an Illinois Corporation,<br><br>Defendant. | Case No. 2:22-cv-06060-JLS-JEM<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. Josephine L. Staton<br><br>Case Filed: August 25, 2022<br>FAC Filed: November 7, 2022 |

Plaintiff Elizabeth Henriquez and Defendant Aldi Inc. (jointly, the "Parties") hereby submit the following Joint Notice of Settlement. The Parties have reached a settlement and are in the process of drafting settlement documents. Pursuant to Judge Staton's Procedures, the Parties will finalize the terms of the settlement and file a stipulation of dismissal within thirty (30) days.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: August 23, 2023 | CLARKSON LAW FIRM P.C. |
| 4 | | By: /s/ *Bahar Sodaify* |
| | | Ryan J. Clarkson |
| 5 | | Bahar Sodaify |
| | | Alan Gudino |
| 6 | | Ryan Ardi |
| 7 | | CLARKSON LAW FIRM P.C. |
| | | 22525 Pacific Coast Highway |
| 8 | | Malibu, CA  90265 |
| 9 | | Telephone:  (213) 788-4050 |
| | | Email:    bsodaify@clarksonlawfirm.com |
| 10 | | rclarkson@clarksonlawfirm.com |
| 11 | | agudino@clarksonlawfirm.com |
| | | rardi@clarksonlawfirm.com |
| 12 | | |
| 13 | | Attorneys for Plaintiff |
| 14 | | |
| 15 | Dated: August 23, 2023 | PERKINS COIE, LLP |
| 16 | | By: /s/ *Ronald A. McIntire* |
| | | David T. Biderman, Bar No. 101577 |
| 17 | | Natalie K. Sanders, Bar No. 329916 |
| 18 | | PERKINS COIE LLP |
| | | 505 Howard Street, Suite 1000 |
| 19 | | San Francisco, California 94105 |
| | | Telephone:  +1.415.344.7000 |
| 20 | | Facsimile:   +1.415.344.7050 |
| 21 | | |
| 22 | | Ronald A. McIntire, Bar No. 127407 |
| | | RMcIntire@perkinscoie.com |
| 23 | | PERKINS COIE LLP |
| 24 | | 1888 Century Park East, Suite 1700 |
| | | Los Angeles, California 90067-1721 |
| 25 | | Telephone:  +1.310.788.9900 |
| | | Facsimile:   +1.310.788.3399 |
| 26 | | |
| 27 | | Attorney for Defendant Aldi Inc. |
| 28 | | |

# CERTIFICATE OF SERVICE

I certify that on August 23, 2023, I filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated: August 23, 2023         **PERKINS COIE LLP**


By: */s/ Ronald A. McIntire*
    Ronald A. McIntire
    Attorneys for Defendant
    ALDI INC., an Illinois Corporation