1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **CENTRAL DISTRICT OF CALIFORNIA**
10
11  ELIZABETH HENRIQUEZ, individually       Case No. 2:22-cv-06060-JLS-JEM
    and on behalf of all others similarly situated,
12                                          **ORDER GRANTING**
                    Plaintiff,              **STIPULATION OF DISMISSAL**
13                                          **OF THE ACTION WITH**
    v.                                      **PREJUDICE AS TO THE**
14                                          **NAMED PLAINTIFF AND**
    ALDI INC., a corporation,               **WITHOUT PREJUDICE AS TO**
15                                          **THE PUTATIVE CLASS (Doc. 67)**
16                  Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO THE STIPULATION OF THE PARTIES (Doc. 67), IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice as to Plaintiff Elizabeth Henriquez's claims and without prejudice as to the claims of any putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED:  November 14, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE